In the Matter of the Claim of LILLIAN HEINRICH, Respondent, against VILLAGE OF HAMBURG et al., Appellants.  WORKMEN'S COMPENSATION BOARD, Respondent.

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.